# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 07-mj-07016 |
| DUSTIN KIESEL | Christine Dieringer |

**THE DEFENDANT:**

Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(1)(a) | Driving Under the Influence | 6/5/2006 | 1 |
| 18USC13 | | | |

    The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

 

4/11/2007
_____
Date of Imposition of Judgment

s/Craig B. Shaffer
_____
Signature of Judicial Officer

Craig B. Shffer
U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

4/13/2007
_____
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty days, twenty days suspended.
The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district at  on .
 as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## PROBATION

The defendant is hereby placed on probation for a term of six months of unsupervised probation.

As a condition of this term of unsupervised probation defendant shall complete 48 hours of community service, 2 with the MADD organization and shall provide proof of same to the government. Defendant shall pay any expense associated with this service.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $300.00 | |
| **TOTALS** | $25.00 | $300.00 | $0.00 |

Defendant shall pay his fine in $50.00 increments over the next six months; the assessment shall be included with the first fine payment.